**Order entered November 26, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00838-CV

### KHOSROW SADEGHIAN, Appellant

### V.

### DAVID JACO, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13719**

## ORDER

Before the Court is the November 20, 2018 third request of Lanetta Williams, Official Court Reporter of the 116th Judicial District Court, for a thirty-day extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 20, 2018**. We expressly caution Ms. Williams that no further request will be granted absent exigent circumstances.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Tonya Parker, Judge of the 116th Judicial District Court, Ms. Williams, and all parties.

/s/    ADA BROWN
        JUSTICE